IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LEANNE M. PRINCE,<br><br>Plaintiff,<br><br>vs.<br><br>INTUITIVE SURGICAL, INC., and DOES 1-15,<br><br>Defendants | CV 17 – 58 – M –DWM<br><br>ORDER |

Defendant Intuitive Surgical, Inc., moves for the admission of Gregory D. Hull to practice before this Court in this case with W. Scott Mitchell and Brianne McClafferty to act as local counsel. Mr. Hull's affidavit (Doc. 10) does not indicate he was complied with Mont. R. Prof'l Conduct 8.5. Accordingly

IT IS ORDERED that the motion (Doc. 7) is DENIED subject to renewal.

DATED this 14th day of September, 2017.

_____
Donald W. Molloy, District Judge
United States District Court

1