FILED
SEP 18 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LEANNE M. PRINCE, <br><br> Plaintiff, <br><br> vs. <br><br> INTUITIVE SURGICAL, INC., and DOES 1-15, <br><br> Defendants | CV 17 – 58 – M –DWM <br><br> ORDER |

Defendant Intuitive Surgical, Inc., moves for the admission of Gregory D. Hull to practice before this Court in this case with W. Scott Mitchell and Brianne McClafferty to act as local counsel. Mr. Hull's application appears to be in order.

Accordingly, IT IS ORDERED that Intuitive Surgical's motion to admit Gregory D. Hull *pro hac vice* (Doc. 14) is GRANTED on the condition that Mr. Hull shall do his own work. This means that Mr. Hull must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Hull, within fifteen (15) days of the date of this Order, files a notice acknowledging her admission under the terms set forth above.

DATED this 18th day of September, 2017.

Donald W. Molloy, District Judge
United States District Court