IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| LEANNE M. PRINCE,<br><br>  Plaintiff,<br><br>vs.<br><br>INTUITIVE SURGICAL, INC., and DOES 1-15,<br><br>  Defendants | CV 17 – 58 – M –DWM<br><br>ORDER |

Defendant Intuitive Surgical, Inc., moves for the admission of Emily A. Reitmeier to practice before this Court in this case with W. Scott Mitchell and Brianne McClafferty to act as local counsel. Ms. Reitmeier's application appears to be in order.

Accordingly, IT IS ORDERED that Intuitive Surgical's motion to admit Emily A. Reitmeier *pro hac vice* (Doc. 17) is GRANTED on the condition that Ms. Reitmeier shall do her own work. This means that Ms. Reitmeier must do her own writing; sign her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the

1

Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Reitmeier, within fifteen (15) days of the date of this Order, files a notice acknowledging her admission under the terms set forth above.

DATED this 26th day of September, 2017.

Donald W. Molloy, District Judge
United States District Court