IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| LEANNE M. PRINCE,<br><br>Plaintiff,<br><br>vs.<br><br>INTUITIVE SURGICAL, INC., and DOES 1-15,<br><br>Defendants. | CV 17–58–M–DWM<br><br><br>ORDER |

Before the Court is the parties' joint motion for a 30-day extension to file their stipulation to dismiss. Accordingly,

IT IS ORDERED that the motion (Doc. 33) is GRANTED. The parties shall have until May 16, 2018, to file a stipulation to dismiss together with a proposed order dismissing the case

DATED this 16th day of April, 2018.

Donald W. Molloy, District Judge
United States District Court

-1-