IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| LeANNE M. PRINCE, | CV 17–58–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| INTUITIVE SURGICAL, INC., and DOES 1–15, | |
| Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorney's fees. All pending motions are MOOT and all deadlines are VACATED.

DATED this 21st day of May, 2018.

Donald W. Molloy, District Judge
United States District Court